AO 245B (Rev. 10/15) Judgment in a Criminal Case
Sheet 1

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 27 2016

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | |
| Wesley Kevin Stuart | ) | Case Number: 4:14-cr-114-DPM-19 |
| | ) | USM Number: 28793-009 |
| | ) | Robert Brannon Sloan Jr. |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count(s)   1 of the Second Superseding Indictment

☐ pleaded nolo contendere to count(s) _____
  which was accepted by the court.

☐ was found guilty on count(s) _____
  after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. §§ 846 & 841(a)(1) & (b)(1)(A) | Conspiracy to Possess with Intent to Distribute and to Distribute Methamphetamine, a Class A Felony | 9/30/2014 | 1 |

The defendant is sentenced as provided in pages 2 through   6   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☑ Count(s)   39--40   ☐ is   ☑ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

6/22/2016
Date of Imposition of Judgment

*/s/ DPMarshall Jr.*
Signature of Judge

D.P. Marshall Jr.        United States District Judge
Name and Title of Judge

27 June 2016
Date

DEFENDANT: Wesley Kevin Stuart
CASE NUMBER: 4:14-cr-114-DPM-19

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

144 months, concurrent with the sentences Stuart is currently serving in the Arkansas Department of Correction in Greene County Circuit Court Case No. CR 15-721 and Greene County Circuit Court Case No. CR 11-430. (PSR ¶¶ 79 & 81.)

☑ The court makes the following recommendations to the Bureau of Prisons:

1) that Stuart participate in a residential drug abuse program, or non-residential programs if he does not qualify for RDAP;
2) that Stuart participate in educational and vocational programs during incarceration, including a GED program; and
3) designation to FCI Forrest City, or the available facility closest to Jonesboro, Arkansas, to facilitate family visitation.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
a _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: Wesley Kevin Stuart
CASE NUMBER: 4:14-cr-114-DPM-19

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :
5 years.

   The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

- [ ] The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*
- [x] The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*
- [x] The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*
- [ ] The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*
- [ ] The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

   If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

   The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: Wesley Kevin Stuart
CASE NUMBER: 4:14-cr-114-DPM-19

# SPECIAL CONDITIONS OF SUPERVISION

S1) Stuart must participate, under the guidance and supervision of the probation officer, in a substance-abuse treatment program, which must include regular and random drug testing, and may include outpatient counseling, residential treatment, or both.

AO 245B (Rev. 10/15) Judgment in a Criminal Case
Sheet 3C — Supervised Release

Case 4:14-cr-00114-DPM Document 628 Filed 06/27/16 Page 4 of 10

Judgment—Page 4 of 6

DEFENDANT: Wesley Kevin Stuart
CASE NUMBER: 4:14-cr-114-DPM-19

DEFENDANT: Wesley Kevin Stuart
CASE NUMBER: 4:14-cr-114-DPM-19

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| TOTALS | $ 100.00 | $ 0.00 | $ 0.00 |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| TOTALS | $ 0.00 | $ 0.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the    ☐ fine    ☐ restitution.

    ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: Wesley Kevin Stuart
CASE NUMBER: 4:14-cr-114-DPM-19

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☒ Lump sum payment of $ 100.00 due immediately, balance due

  ☐ not later than _____ , or
  ☒ in accordance  ☐ C,  ☐ D,  ☐ E, or  ☒ F below; or

**B** ☐ Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☒ Special instructions regarding the payment of criminal monetary penalties:

  If Stuart can't pay the special assessment immediately, then during incarceration he shall pay 50 percent per month of all funds available to him until the assessment is paid in full.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

  Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

10/27/2015 14:08 FAX 870 239 3550   GREENE CO. CIRCUIT CLERK   ☒051/068

## IN THE CIRCUIT COURT OF GREENE COUNTY, ARKANSAS
### CRIMINAL DIVISION

**STATE OF ARKANSAS**                                                                 **PLAINTIFF**

**V.**                              NO. CR-2010-488   (L-)

**WESLEY KEVIN STUART**                                                               **DEFENDANT**

289 Greene 931 Rd.
Paragould, AR 72450

DOB  2/30/1988
RACE  W
SEX  Male
CID  CID-F-05117-10
ATN  917332

FILED
SEP 1 0 2010
GREENE CO CIRCUIT CLERK

## INFORMATION

Comes the Prosecuting Attorney for GREENE County, Arkansas, and in the name and by the authority of the State of Arkansas, charges Wesley Kevin Stuart with the crime(s) of CRIMINAL ATTEMPT (CLASS A FELONY) MANUFACTURE OF A SCHEDULE II CONTROLLED SUBSTANCE (METHAMPHETAMINE) as follows:

**COUNT 1:** CRIMINAL ATTEMPT (CLASS A FELONY) MANUFACTURE OF A SCHEDULE II CONTROLLED SUBSTANCE (METHAMPHETAMINE) ARK. CODE ANN. § 5-64-401. The said defendant in GREENE COUNTY, did unlawfully and feloniously on or about August 3, 2010 attempt the crime of MANUFACTURE OF A SCHEDULE II CONTROLLED SUBSTANCE (METHAMPHETAMINE), thereby committing the offense of CRIMINAL ATTEMPT (CLASS A FELONY) MANUFACTURE OF A SCHEDULE II CONTROLLED SUBSTANCE (METHAMPHETAMINE), said offense being a CLASS A FELONY against the peace and dignity of the State of Arkansas.

There appearing reasonable grounds for believing the alleged offense(s) was committed by defendant, a warrant is therefore prayed for his arrest to be issued by the court.

MICHAEL WALDEN
Michael Walden, Prosecuting Attorney

BY: _____
Kimberly B. Dale



EXHIBIT
1

RECEIVED: 2015-10-27 14:55:38 (GMT -06:00)

Defendant's Full Name: STUART, WESLEY KEVIN

## JUDGMENT AND DISPOSITION ORDER
### IN THE CIRCUIT COURT OF GREENE COUNTY, ARKANSAS
### SECOND JUDICIAL DISTRICT, CRIMINAL DIVISION

On 11/7/2011 the defendant appeared before the Court, was advised of the nature of the charges(s), of constitutional and legal rights, of the effect of a guilty plea upon those rights, and of the right to make a statement before sentencing. The Court made the following findings:

| | |
|---|---|
| Defendant's Full Name: | STUART, WESLEY KEVIN |
| Date Of Birth: | 9/30/1968 |
| Race: | WHITE |
| Sex: | MALE |
| SID #: | AR540387 |
| Defendant's Attorney: | WILL KUETER |
| Prosecuting Attorney or Deputy: | KIMBERLY B. DALE |

**FILED IN OPEN COURT**
**NOV 07 2011**
GREENE CO. CIRCUIT CLERK

Defendant was represented by: \_\_\_ private counsel   \_\_\_ appointed counsel
_X_ public defender   \_\_\_ himself/herself

Defendant made a voluntary, knowing and intelligent waiver of the right to counsel:
**N/A**

There being no legal cause shown by the Defendant, as requested, why judgment should not be pronounced, a judgment is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. The Defendant was advised of the conditions of the sentence and/or placement on probation and understands the consequences of violating those conditions. The Court retains jurisdiction during the period of probation/suspension and may change or set aside the conditions of probation/suspension for violations or failure to satisfy Department of Community Punishment rules and regulations.

TOTAL NUMBER OF COUNTS: 3

Offense #: 1                                                   Docket #: CR 2010-438
                                                               Arrest Tracking #: 917332

A.C.A.# of Offense: 5-64-401
Name Of Offense: **MANUFACTURE OF A SCHEDULE II CONTROLLED SUBSTANCE (METHAMPHETAMINE)**
Seriousness Level Of Offense: 8
Criminal History Score: 3
Presumptive Sentence: 108 / PEN/RPF/AS
Sentence is a departure from the sentencing grid: No
Offense is a Felony
Classification of Offense: A
Period of Confinement: \_\_\_\_\_ months.
Suspended Imposition of Sentence: \_\_\_\_\_ months.
Period of Probation: 60 months 0 days.
Defendant is assigned to Department of Community Correction and/or probation
Special conditions of confinement are attached. No
Defendant _X_ attempted \_\_\_ solicited \_\_\_ conspired to commit the offense.
Offense Date: 8/3/2010
Number of Counts: 1
Commitment on this offense is a result of the revocation of Defendant's probation or suspended imposition of sentence. No
Age of the victim of the offense if he or she was under 18 years of age at the time the offense occurred _____
Defendant voluntarily, intelligently, and knowingly entered a
_X_ negotiated plea of guilty or nolo contendere.
\_\_\_ plea directly to the court of guilty or nolo contendere.
Defendant
\_\_\_ entered a plea as shown above and was sentenced by a jury.
\_\_\_ was found guilty of said charge(s) by the court, and sentenced by \_\_\_ the court \_\_\_ a jury.
\_\_\_ was found guilty at a jury trial, and sentenced by \_\_\_ the court \_\_\_ a jury.
\_\_\_ Defendant committed a target offense and was sentenced under the Community Punishment Act. Upon successful completion of the conditions of probation/S.I.S. Defendant shall be eligible to have his/her records sealed.
Defendant was sentenced pursuant to the First Offender Act(Ark. Code 16-93-301 et seq.) No

====================================SECTION BELOW FOR COURT CLERK'S USE ONLY=================================
\_\_\_COURT FILE; \_\_\_AOC; \_\_\_PA; \_\_\_DEFT. ATTY; \_\_\_DEFT; \_\_\_SHERIFF; \_\_\_DCC; \_\_\_DRIVER SERV (if applicable)

Page 1 of 3

Defendant's Full Name : Stuart, Wesley Kevin

Offense #: 2                                                  Docket #: CR 2011-430
                                                              Arrest Tracking # : 1120525

A.C.A.# of Offense: 5-64-419
Name Of Offense: Possession of Cont. Subs. - Sched I/II, Methamphetamine or Cocaine => 2g < 10g
Seriousness Level Of Offense: 4
Criminal History Score: 4
Presumptive Sentence: 72 / PEN/RPF/AS
Sentence is a departure from the sentencing grid: No
Offense is a Felony
Classification of Offense: C
Period of Confinement: _____ months.
Suspended Imposition of Sentence..: _____ months.
Period of Probation: 60 months 0 days.
Defendant is assigned to Department of Community Correction and/or probation
Special conditions of confinement are attached. No
Defendant ___ attempted ___ solicited ___ conspired to commit the offense.
Offense Date: 8/25/2011
Number of Counts: 1
Commitment on this offense is a result of the revocation of Defendant's probation or suspended imposition of sentence. No
Age of the victim of the offense if he or she was under 18 years of age at the time the offense occurred _____
Defendant voluntarily, intelligently, and knowingly entered a
_X_ negotiated plea of guilty or nolo contendere.
___ plea directly to the court of guilty or nolo contendere.
Defendant
___ entered a plea as shown above and was sentenced by a jury.
___ was found guilty of said charge(s) by the court, and sentenced by ___ the court ___ a jury.
___ was found guilty at a jury trial, and sentenced by ___ the court ___ a jury.
___ Defendant committed a target offense and was sentenced under the Community Punishment Act. Upon successful completion of the conditions of probation/S.I.S. Defendant shall be eligible to have his/her records sealed.
Defendant was sentenced pursuant to the First Offender Act(Ark. Code 16-93-301 et seq.) No.

Offense #: 3                                                  Docket #: CR 2011-430
                                                              Arrest Tracking # : 1120525

A.C.A.# of Offense: 5-64-443
Name Of Offense: Possession of Drug Paraphernalia to Ingest, Inhale, etc.
Seriousness Level Of Offense: 3
Criminal History Score: 4
Presumptive Sentence: 42 / PEN/RPF/AS
Sentence is a departure from the sentencing grid: No                        ( NOL PROS )
Offense is a Felony
Classification of Offense: D
Period of Confinement: _____ months.
Suspended Imposition of Sentence..: _____ months.
Period of Probation: _____ months.
Defendant is assigned to ___ county jail ___ Department of Community Correction and/or probation ___ confinement under special conditions.
Special conditions of confinement are attached. No
Defendant ___ attempted ___ solicited ___ conspired to commit the offense.
Offense Date: 8/25/2011
Number of Counts: 1
Commitment on this offense is a result of the revocation of Defendant's probation or suspended imposition of sentence. No
Age of the victim of the offense if he or she was under 18 years of age at the time the offense occurred _____
Defendant voluntarily, intelligently, and knowingly entered a
___ negotiated plea of guilty or nolo contendere.
___ plea directly to the court of guilty or nolo contendere.
Defendant
___ entered a plea as shown above and was sentenced by a jury.
___ was found guilty of said charge(s) by the court, and sentenced by ___ the court ___ a jury.
___ was found guilty at a jury trial, and sentenced by ___ the court ___ a jury.
___ Defendant committed a target offense and was sentenced under the Community Punishment Act. Upon successful completion of the conditions of probation/S.I.S. Defendant shall be eligible to have his/her records sealed.
Defendant was sentenced pursuant to the First Offender Act(Ark. Code 16-93-301 et seq.) No.

Defendant's full name: Stuart, Wesley Kevin

---

Jail Time Credit: 0 days.
Conditions of the disposition or probation are attached. Yes
A copy of the pre-sentence investigation on sentencing information, including but not limited to criminal history elements is attached.
___ Yes ___ No.
Fines     Court Costs $ 200.00     DNA Sample Fee (A.C.A. 12-12-1118) $ 250.00
Drug Crime Special Assessment (A.C.A. 12-17-106) $125.00     Booking and Admin. Fee (A.C.A. 12-41-505) $20.00
Public Defender User Fee (A.C.A. 16-87-213) $ 250.00     Probation Fees: $ 35.00

A judgment of restitution is hereby entered against the Defendant in the amount and terms as show below:
Amount:     Due immediately:     Installments of: $ 50.00 Monthly begin 12/1/11
Payment to be made to: Greene Co. Sheriff's Office
If multiple beneficiaries, give names and show payment priority:

Defendant was convicted of, or has entered a plea of guilty or *nolo contendere* to, a "drug crime," as defined by A.C.A. 12-17-101 *et seq.* Yes

Defendant has been adjudicated guilty of an offense requiring registration as a sex offender, and is ordered to complete the Sex Offender Registration Form: No
Defendant adjudicated guilty of an offense requiring registration as a sex offender has been adjudicated guilty of a prior sex offense under a separate case number: No
Defendant is alleged to be a Sexually Violent Predator, and is ordered to undergo an evaluation at a facility designated by the Department of Correction pursuant to A.C.A. 12-12-918: No

Defendant has committed an aggravated sex offense, as defined in A.C.A. 12-12-903. No
Defendant was adjudicated guilty of a felony offense, a misdemeanor sexual offense, or a repeat offense (as Defined in A.C.A. 12-12-1103), and is ordered to have a DNA sample drawn at a D.C.C. facility Yes

Defendant was adjudicated guilty of a domestic-violence offence. ___Yes _X_ No
If yes, identify the relationship of the victim to the Defendant. _____
If no, was Defendant originally charged with a domestic-violence related offense? ___Yes _X_ No
If yes, state the name of the offense _____.

Complete outpatient drug counseling/meetings for 9 months at defendant's expense and pursuant to arrangements made by your probation officer.

Defendant was informed of the right to appeal: No
Appeal Bond: $ N/A
The County Sheriff is hereby ordered to __ transport the Defendant to the County Jail or __ take custody of the Defendant for referral to a Regional Correctional Facility.
Defendant shall report to the probation officer for assignment of a reporting date to a Regional Correctional Facility.

---

Date: 11/07/11 Circuit Judge: RANDY PHILHOURS     Signature: _____
I certify this is a true and correct record of this Court.

Date: 11/7/11 Circuit Clerk/Deputy: _____

(Seal)

Form Revised 5/2010

Page 3 of 3